UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL WILDLIFE FEDERATION,

    Plaintiff,

vs.

SECRETARY OF THE DEPARTMENT
OF TRANSPORTATION, et al.,

    Defendants.
_____/

Case No. 17-10031

HON. MARK A. GOLDSMITH

## **JUDGMENT**

Judgment is entered in accordance with the opinion and order entered on today's date. It is ORDERED AND ADJUDGED that this case is REMANDED to the Pipeline and Hazardous Materials Safety Administration for further consideration consistent with the Court's opinion.

SO ORDERED.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                By:    s/Jennifer McCoy
                              DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2019