UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

National Wildlife Federation,

            Plaintiff(s),

v.

Secretary of the Department of Transportation, et al.,

           Defendant(s).

Case No. 2:17–cv–10031–MAG–RSW
Hon. Mark A. Goldsmith

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on May 28, 2019.

DAVID J. WEAVER, CLERK OF COURT

By: s/ D. Worth
     Deputy Clerk

Dated:   May 28, 2019