UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL WILDLIFE FEDERATION,

    Plaintiff,                                                  Case No. 17-10031

vs.                                                         HON. MARK A. GOLDSMITH

SECRETARY OF THE DEPARTMENT
OF TRANSPORTATION, et al.,

    Defendants.
_____/

**ORDER**
**DIRECTING THE PARTIES TO SUBMIT A PROPOSED JOINT STIPULATED**
**ORDER OR FILE A JOINT MEMORANDUM**

       The Court held a telephonic status conference on August 5, 2020, to discuss with the parties what further actions need to be taken in light of the Sixth Circuit's recent opinion remanding this action to this Court for further proceedings. Because there appears to be agreement among the parties on how best to proceed, the parties are directed to submit a proposed stipulated order addressing any outstanding issues on or before September 4, 2020. If there is any disagreement, the parties must file a joint memorandum identifying the areas of disagreement and setting forth their respective positions on or before September 4, 2020.

       SO ORDERED.

Dated: August 6, 2020                             s/Mark A. Goldsmith
   Detroit, Michigan                           MARK A. GOLDSMITH
                                                United States District Judge